UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MIGUEL ANGEL URIBE ANDRADE,

        Petitioner,

    v.

ICE FIELD OFFICE DIRECTOR,

        Respondent.

Case No. C22-0055-TSZ-MLP

REPORT AND RECOMMENDATION

      This is a federal habeas action filed under 28 U.S.C. § 2241. Petitioner Miguel Angel Uribe Andrade presented his federal habeas petition to the Court for filing on January 20, 2022, while being detained by U.S. Immigration and Customs Enforcement ("ICE") at the Northwest ICE Processing Center in Tacoma, Washington. (*See* dkt. # 1.) Petitioner requested in his petition that he be released from detention or afforded a bond hearing. (*Id.*) Petitioner failed, however, to submit with his petition either the $5.00 filing fee or an application to proceed with this action *in forma pauperis*. Thus, on January 21, 2022, the Clerk sent Petitioner a letter noting this deficiency and advising him that he must correct the deficiency not later than February 22, 2022, or face dismissal of this action. (*See* dkt. # 2.)

REPORT AND RECOMMENDATION
PAGE - 1

On February 17, 2022, the Government filed a motion to dismiss this action. (Dkt. # 4.) The Government notes in its motion that Petitioner was removed from the United States to Mexico on February 8, 2022, and argues that this case is therefore moot as Petitioner is no longer in ICE detention. (*See id*.) Though the Government's argument is well taken, its motion was premature and unnecessary. Petitioner did not correct the filing fee deficiency prior to his removal and, thus, his federal habeas petition was never technically filed and is not now properly before the Court.

Given Petitioner's failure to address the filing fee deficiency, this Court recommends that the instant action be DISMISSED without prejudice for failure to prosecute, and that the Government's motion to dismiss (dkt. # 4) be STRICKEN as moot. A proposed order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14) days** after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **April 15, 2022**.

DATED this 22nd day of March, 2022.

MICHELLE L. PETERSON
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2