UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MIGUEL ANGEL URIBE ANDRADE,<br><br>Petitioner,<br><br>v.<br><br>ICE FIELD OFFICE DIRECTOR,<br><br>Respondent. | Case No. C22-0055-TSZ<br><br>ORDER DISMISSING ACTION |

The Court, having reviewed the Report and Recommendation ("R&R") of the Honorable Michelle L. Peterson, United States Magistrate Judge, docket no. 5, to which no objection has been filed,[1] hereby ORDERS:

(1) The Report and Recommendation is ADOPTED.

(2) This action is DISMISSED without prejudice for failure to prosecute.

(3) The Government's motion to dismiss, docket no. 4, is STRICKEN as moot.

(4) The Clerk is directed to CLOSE this case and to send copies of this Order to all parties and to the Honorable Michelle L. Peterson.

DATED this 29th day of April, 2022.

Thomas S. Zilly
United States District Judge

---

[1] The copy of the R&R that was sent to petitioner at the Northwest Detention Center (now known as the Northwest ICE Processing Center) was returned as undeliverable. See docket no. 6.

ORDER DISMISSING ACTION - 1